| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Littlefield, Jr., Robert E. | 2. Court or Organization<br><br>Albany, New York | 3. Date of Report<br><br>05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>James T. Foley U. S. Courthous<br>445 Broadway<br>Albany, NY 12207 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated family trust) | GBL Irrevocable Trust. (Trust #1) Please see Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CRBBA | 11/11/2016-11/12/2016 | Cooperstown, NY | speaker | hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Notre Dame Federal Credit Union | college tuition loan - ▮ responsibility | K |
| 2. | First Service See Part VIII | college tuition loan - ▮ responsibility | J |
| 3. | Capital Communications FCU | college tuition loan- ▮ responsibility | K |
| 4. | Capital Communications FCU | law school tuition- ▮ responsibility | L |
| 5. | Navient | tuition- ▮ responsibility | J |
| 6. | Nelnet | tuition- ▮ responsibility | M |
| 7. | University of Notre Dame | tuition- ▮ responsibility | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Private Bank NA See Part VIII | A | Dividend | J | T | | | | | |
| 2. Exxon Mobil Oil Common Stock | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock | A | Dividend | J | T | | | | | |
| 4. GE Common Stock | A | Dividend | J | T | | | | | |
| 5. Invest Co., AM Mutual fund | A | Dividend | K | T | | | | | |
| 6. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 7. Intel. Corp. Common Stock | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. Amgen, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. EMC Corp. Common Stock | A | Dividend | | | Redeemed | 09/07/16 | J | B | |
| 11. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 12. Ishares Index Fund | A | Dividend | J | T | | | | | |
| 13. IsharesMidcap Index Fund (EFA) | A | Dividend | J | T | | | | | |
| 14. Chevron Corp Common Stock | A | Dividend | J | T | | | | | |
| 15. Coca-Cola Common Stock | A | Dividend | J | T | | | | | |
| 16. Merck Common Stock | A | Dividend | J | T | | | | | |
| 17. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Health Group Common Stock | A | Dividend | | | Sold | 09/19/16 | J | D | |
| 19. Apple Computer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Allianz NFJ Dividend Interest and Premium Strategy Fund-See Part VIII | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 21. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22. Bristol Myers Squibb Common Stock | A | Dividend | J | T | | | | | |
| 23. Dow Chemical Common Stock | A | Dividend | J | T | | | | | |
| 24. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 25. Assured Guaranty Muni Hldgs 6.875% | A | Dividend | J | T | | | | | |
| 26. Berkshire Hathaway, Inc. CL B | | None | J | T | | | | | |
| 27. Nextera Energy, Inc. | | None | J | T | | | | | |
| 28. Trust #1 Real Property Albany County NY SEE PART VIII | | None | N | Q | | | | | |
| 29. Ishares JP Morgan EM Bond Fd | A | Dividend | J | T | | | | | |
| 30. Tortoise Mlp Fund Inc | A | Dividend | J | T | | | | | |
| 31. Vanguard Reit Etf | A | Dividend | J | T | | | | | |
| 32. Dreyfus Intl Bond 1 (DIBRX) | A | Dividend | | | Sold | 11/23/16 | J | A | |
| 33. Neuberger Berman Lg Sh Inst (NLSIX) | A | Dividend | | | Sold | 09/15/16 | J | A | |
| 34. Wells Fargo Adv Absolt Ret Adm (WARDX) | A | Dividend | | | Sold | 03/04/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Bancorp 6%-g Flts 4/15/17 (USB.N) | A | Dividend | J | T | | | | | |
| 36. Blackstone/GSO Strat Credit FD | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 37. Eaton Vance Tax Mgd Div Equ Fd | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 38. Teton Westwood Mighty Mites I | A | Dividend | J | T | | | | | |
| 39. Tocqueville Gold | A | Dividend | J | T | Sold (part) | 09/15/16 | J | A | |
| 40. Locorr Market Trend 1 | A | Dividend | J | T | | | | | |
| 41. Assured Guaranty Muni Hldgs 6.250% | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 42. General Motors Common Stock | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 43. Keycorp New Common Stock | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 44. Keycorp New Common Stock | A | Dividend | J | T | Sold (part) | 11/23/16 | J | A | |
| 45. Royal Dutch Shell Common Stock | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 46. Tortoise Energy Infra | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 47. Allianzgi Structured Return A | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 48. Principal GLB Multi Strategy A | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 49. American Beacon AHL MNDG FUT STR Y | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 50. Dreyfus Standish GLB FIX INC 1 | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 51. Invesco Balanced-Risk Alloc Y | A | Dividend | J | T | Buy | 11/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII Line 29- Trust #1 created 6/25/10. Online appraisal dated 5/10/11. Value has been in "N" range since trust inception.

2) Part VI Line 2- Formerly serviced by Citibank.

3) Part VII Line 1- Formerly known as MS Liquid Asset Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/09/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Littlefield, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544